**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7996**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

RODERICK LAMAR WILLIAMS, a/k/a Rox,

                    Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.   Richard L. Voorhees, District Judge.  (5:03-cr-00004-RLV-DSC-8)

Submitted:  April 15, 2013          Decided:  April 23, 2013

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roderick Lamar Williams, Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, Jill Westmoreland Rose, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roderick Lamar Williams appeals the district court's order denying him a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2006).[*] We have reviewed the record and find no reversible error. Accordingly, we deny Williams' motion to place this appeal in abeyance, and we affirm for the reasons stated by the district court. United States v. Williams, No. 5:03-cr-00004-RLV-DSC-8 (W.D.N.C. Oct. 31, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court indicated that it entered the order upon motion of the defendant, we note that the court entered the order upon its own motion. Because Williams is not entitled to a sentence reduction, however, we conclude that remand to correct this error would be pointless.